## SWIMWAYS CORPORATION, Plaintiff–Appellant,

v.

## OVERBREAK, LLC, Defendant–Appellee.

### No. 05–1244.

United States Court of Appeals, Federal Circuit.

May 2, 2005.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).